BADGER, Appellant, v. HAMILTON FIRE INS. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by William O. Badger against the Hamilton Fire Insurance Company. No opinion. Motion denied, without costs. See, also, 120 N. Y. Supp. 155.

BADGER v. SPRINGFIELD UNDERWRITERS' MUT. FIRE INS. CO. OF SPRINGFIELD, OHIO. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by William O. Badger against the Springfield Underwriters' Mutual Fire Insurance Company, of Springfield, Ohio. No opinion. Order affirmed, with $10 costs and disbursements.

BAIL, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 17, 1909.) Action by Abraham Bail, administrator, etc., against the New York, New Haven & Hartford Railroad Company. T. J. O'Neill for appellant. N. S. Corwin, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BARCLAY v. BARRIE. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Appeal from Special Term, New York County. Action by Reginald G. Barclay against Alexander Barrie. From an adverse judgment, defendant appeals. Affirmed. See, also, 64 Misc. Rep. 403, 119 N. Y. Supp. 463. Edward B. Hill, for appellant. Chester A. Jayne, for respondent.

PER CURIAM. The order should be affirmed, with $10 costs and disbursements.

LAUGHLIN, J., concurs, basing his vote solely on the ground that a party, in demurring or moving for judgment on the pleadings, under section 547 of the Code of Civil Procedure, should be held to have made an election of remedies, and may not, either pending proceedings on one or after exhausting his remedy thereon, be permitted to pursue the other with respect to the same point, and that the affidavit was properly received to show that the same question had been presented by the moving party by demurrer.

BARNEY et al., Respondents, v. HOYT et al., Appellants. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Ashbel H. Barney and another against Henry R. Hoyt and others. J. M. Mayer, for appellants. R. C. Beatty, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BARRY, Appellant, v. ACKER, Respondent. (Supreme Court, Appellate Division, Third Department. January 14, 1910.) Action by John S. Barry against Joseph Acker. No opinion. Judgment unanimously affirmed, with costs.

BEAN et al., Appellants, v. TRUST CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Third Department. January 14, 1910.) Action by Henry Willard Bean and others, as reorganization committee of the Oneonta, Cooperstown & Richfield Springs Railway Company, against the Trust Company of America. No opinion. Motion denied. See, also, 120 N. Y. Supp. 728.

BENEVOLENT & PROTECTIVE ORDER OF ELKS, Respondent, v. IMPROVED BENEVOLENT & PROTECTIVE ORDER OF ELKS OF THE WORLD et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by the Benevolent & Protective Order of Elks against the Improved Benevolent & Protective Order of Elks of the World and another. No opinion. Judgment affirmed, without costs, on the authority of Society of 1812 v. Society of 1812, 46 App. Div. 568, 62 N. Y. Supp. 355. Leave will be granted to appeal to the Court of Appeals upon application therefor. See, also, 133 App. Div. 918, 118 N. Y. Supp. 1094.

BENJAMIN, Appellant, v. EMPIRE PRODUCE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by Oliver J. Benjamin against the Empire Produce Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs to abide event.

BENNETT, Appellant, v. OGDEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by W. Henry Bennett against Geo. R. Ogden.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., not sitting.

BENVEGNA v. UNITED SURETY CO. MUSCO v. SAME. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Actions by Pietro Benvegna and by Damiano Musco against the United Surety Company. A. Blumenstiel, for appellant. N. L. Keach, for respondents. No opinion. Judgments affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Orders filed. See, also, 132 App. Div. 925, 117 N. Y. Supp. 26.

BERGER, Appellant, v. RUSSELL, Respondent. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Benjamin Berger against Henry Russell. H. Taylor, for appellant. H. A. Friedman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 131 App. Div. 932, 116 N. Y. Supp. 1131.

BERGIDA, Respondent, v. BURSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Adolf Bergida against Assik Burstein. No opinion. Judgment of the Municipal Court affirmed, with costs.